THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLCIM CANADA HOLDINGS LLC, a Maryland limited liability company, FKA LAFARGE NORTH AMERICA INC., and LAFARGE PNW INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARGE EAGLE INC., a Washington corporation, and SALMON BAY BARGE LINE, INC., <br><br> Defendants. | AT LAW AND IN ADMIRALTY <br><br> Case No. 2:23-cv-00432-RSM <br><br> In Admiralty <br><br> STIPULATION AND ORDER OF DISMISSAL |

## **STIPULATION**

The parties have reached an agreement for full and final resolution of this matter. Accordingly, the parties hereby stipulate and agree that this matter shall be dismissed with prejudice, in its entirety, without an award of costs or fees to any party.

//

//

//

//

STIPULATION AND ORDER OF DISMISSAL - 1
CASE NO. 2:23-CV-00432-RSM

Dated this 8th day of July, 2024.

| | |
|---|---|
| SCHWABE, WILLIAMSON & WYATT, P.C. | HOLMES WEDDLE & BARCOTT |
| /s/ Molly J. Henry<br>Molly J. Henry, WSBA #40818<br>Email: mhenry@schwabe.com<br>Davis Leigh, WSBA #58825<br>Email: dbleigh@schwabe.com<br>1420 5th Avenue, Suite 3400<br>Seattle, WA 98101 | /s/ Michael A. Barcott (via email authority)<br>Michael A. Barcott, WSBA #13317<br>Email: mbarcott@hwb-law.com<br>Daniel P. Barcott, WSBA #50282<br>Email: dbarcott@hwb-law.com<br>3101 Western Ave Ste 500<br>Seattle, WA 98121-3071 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

## **ORDER**

Based on the foregoing stipulation, it is hereby ORDERED that this matter shall be dismissed with prejudice, in its entirety, without an award of costs or fees to any party.

DATED this 9th day of July, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL - 2
CASE NO. 2:23-CV-00432-RSM

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711